**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Wayne | Edward | Dearing |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Southern District of Indiana

Case number: 11-70420

FILED '23 SEP 14
BANKR SD IND PM 3:21

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claimant Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $8,626.62 |
| Claimant's Name: | Wayne Dearing |
| Claimant's Current Mailing Address, Telephone Number, and Email Address. | Wayne Edward Dearing 608 B East Water Street Princeton, IN 47670 |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

- [ ] Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

- [ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney pursuant to 28 U.S.C. §2042, at the following address:

Office of the United States Attorney
Southern District of Indiana
10 W Market Street, Suite 2100
Indianapolis, IN 46204

### 5. Applicant Declaration

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Date: 09/06/2023

Signature of Applicant: *M. Dearing*

Printed Name of Applicant: Wayne Dearing

Address: 608 B East Water Street, Princeton, IN 47670

Telephone: 463-274-1788

Email: dearinginwayne88@gmail.con

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

### 6. Notarization

STATE OF: Indiana
COUNTY OF: Gibson

This Application for Unclaimed Funds, dated 09/06/2023 was subscribed and sworn to before me this 6 day of September, 2023 by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

Notary Public: *[signature]*

My commission expires: 6-3-2027

(SEAL)
Lora R. Mount
Commission Number: NP0720505
Notary Public, State of Indiana
Bartholomew County
My Commission Expires 06/03/2027

### 6. Notarization

STATE OF:
COUNTY OF:

This Application for Unclaimed Funds, dated 09/06/2023 was subscribed and sworn to before me this ___ day of _____, _____ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

Notary Public:

My commission expires:

(SEAL)