SO ORDERED: October 20, 2023.



**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WAYNE EDWARD DEARING, | )   CASE NO. 11-70420-AKM-7A |
| | ) |
| Debtor | ) |
| | ) |

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

THIS MATTER comes before the Court upon Debtor's Application for Payment of Unclaimed Funds (the "Application"), to which the Chapter 7 Trustee has objected on grounds that the Debtor appears to have died before the filing of the Application. On September 15, 2023, the Court entered its Order to Appear at Hearing and Show Cause, which directed the Debtor to appear at a hearing to be held on October 18, 2023, to show cause as to why the funds should be distributed to him. Neither the Debtor nor any person purporting to be acting on the Debtor's behalf appeared at such hearing. Therefore, the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Application be DENIED without prejudice.

# # #